LIGHTNER, by guardian *ad litem,* Appellant, vs. JORSTAD, Respondent.

For the appellant: *J. W. Soderberg* of Barron.
For the respondent: *Willis Donley* of Menomonie.

*By the Court.*—Judgment affirmed. Respondent to tax no costs for briefs because of failure to comply with the rule.

MILLER, Plaintiff, vs. HAYELAND and others, Defendants.
HAYELAND, Plaintiff and Appellant, vs. MILLER, Respondent: HAYELAND, by guardian *ad litem,* Defendant and Appellant.

For the appellants: *Gold & McCann,* attorneys, and *Ray T. McCann,* guardian *ad litem* of Frank Hayeland, all of Milwaukee.

For the respondents: *Shaw, Muskat & Sullivan* and *Coleman & McCauley,* all of Milwaukee.

*By the Court.*—Judgment affirmed.